**Order entered September 22, 2022**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00826-CV

### THE CITY OF MESQUITE, TEXAS, Appellant

### V.

### ANTHONY WAGNER, Appellee

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-02864**

### ORDER

Before the Court is the September 21, 2022 second request of Antionette Reagor, Official Court Reporter for the 68th Judicial District Court, for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to **September 29, 2022**.

/s/   BONNIE LEE GOLDSTEIN
      JUSTICE